UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
)
STEPHANIE WEBB, ) Case No. 24-15066-TBM
Debtor. ) Chapter 7
)

---

### JAMES G. ANDERSON, P.C. APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
### (TOTAL $1,000.00 OR LESS)

---

James G. Anderson as attorney for the Chapter 7 Trustee, Simon E. Rodriguez, in the above captioned estate applies for an order pursuant to 11 U.S.C. § 330(a) and § 503(b) allowing for compensation and expenses as itemized in Exhibit A attached hereto.

The compensation sought by this application is for actual and necessary services rendered. In the course of the performance of duties, the applicant has advanced monies from personal funds for the actual and necessary expenses incurred and has not been reimbursed or indemnified.

There is no agreement or understanding between Applicant and any other person for the division of the compensation sought by this application, except as permitted by 11 U.S.C. § 330.

WHEREFORE James G. Anderson, P.C. requests that his application be approved by the Court and that the fees and expenses be allowed.

Dated: April 5, 2025

Respectfully submitted

James G. Anderson, P.C.

/s/ James G. Anderson
James G. Anderson
12101 E. 2nd Avenue, Suite 202
Aurora, CO 80011
303-343-4504
Fax No. 303-366-4078
gremly@jgandersonpc.com

**EXHIBIT A**
APPLICATION FOR COMPENSATION & REIMBURSEMENT OF EXPENSES

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| STEPHANIE WEBB, ) | Case No. 24-15066-TBM |
| Debtor. ) | Chapter 7 |
| ) | |

Computation of Compensation & Expenses:

The Applicant, James G. Anderson, P.C. has expended 2.1 hours in the performance of duties to the Estate as contained in the attached time records.

The Applicant has incurred the below listed expenses:

| | |
|---|---|
| Copies | $0.00 |
| Postage | $0.00 |
| Skip Tracing | $0.00 |
| Court Costs | $0.00 |
| Service Costs | $0.00 |
| Total Expenses | $0.00 |

| | |
|---|---|
| Total Proceeds Recovered for the Estate | $2,718.26 |
| Less Expenses | $   0.00 |
| Net Recovery | $2,718.26 |
| | |
| Fee of 1/3 of net recovery | $  906.09 |